IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SPEEDWAY MOTORS, INC.,** | |
| **Plaintiff,** | 4:20CV3089 |
| vs. | |
| **SHIRA PERLMUTTER, Register of Copyrights;** | **ORDER** |
| **Defendant.** | |

Based on the parties' Rule 26(f) Report, (Filing No. 19), the Court's review of this case will be limited to the Administrative Record.

Accordingly,

**IT IS ORDERED:**

1. On or before **December 7, 2020,** Defendant shall file the Administrative Record.
2. This case shall be resolved by cross-motions for summary judgment.
3. Plaintiff shall file a motion for summary judgment on or before **February 8, 2021**.
4. Defendant will file a Response in Opposition to Plaintiff's summary judgment motion on or before **March 8, 2021**.
5. Plaintiff will file any reply to Defendant's response in opposition to Plaintiff's Summary Judgment motion on or before **April 8, 2021**.
6. Defendant will file any cross-motion for summary judgment or motion to dismiss on or before **March 8, 2021**.
7. Plaintiff will file any response in opposition to Defendant's cross-motion for summary judgment or motion to dismiss on or before **April 8, 2021**.
8. Defendant will file any reply to Plaintiff's response in opposition to Defendant's cross-motion for summary judgment or motion to dismiss on or before **May 10, 2021**.

Dated this 3rd day of November, 2020.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge